## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. **JESUS RICARDO ALMEIDA(1)**        No. **08MJ8067**
             **JOSE MAURICIO CARRILLO-SANCHEZ (2)**

HON. **PETER C. LEWIS**          Tape No. **PCL08-1;14:03-14:05**

Asst. U.S. Attorney **JOHN F. WEIS**          PTSO

|       |                    |     |     |     |     |     | # | Status |
|-------|--------------------|-----|-----|-----|-----|-----|---|--------|
| Atty  | FD Diane Regan     | X   | Apt |     | Ret | for | (1) | (C) |
|       | Ezekiel Cortez     | X   | Apt |     | Ret | for | (2) | (C) |
|       |                    |     | Apt |     | Ret | for | ( ) | ( ) |
|       |                    |     | Apt |     | Ret | for | ( ) | ( ) |
|       |                    |     | Apt |     | Ret | for | ( ) | ( ) |
|       |                    |     | Apt |     | Ret | for | ( ) | ( ) |

___ Apt for Material Witness(es)

PROCEEDINGS:    ___ In Chambers    X In Court    ___ By Telephone

GOVERNMENT'S ORAL MOTION TO DISMISS WITHOUT PREJUDICE - GRANTED.

Date    2/7/08                                I FLETES
                                              Deputy's Initials